IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STOKES NIELSON, also known as<br>GEOFFREY STOKES NIELSON,<br><br>    Plaintiff,<br><br>v.<br><br>LAUREN LEITHER, individually, and<br>CHYNNE RAE CARRION, individually,<br>together professionally known as<br>LIGHTER RAY,<br><br>    Defendants. | CASE NO. 3:12-0419<br>JUDGE HAYNES |

## O R D E R

For the reasons stated in open court, Plaintiff's application for a temporary restraining order (Docket Entry No. 4) is **DENIED**. This action is to be returned to the Honorable Aleta Trauger, District Judge to whom this action is assigned for hearing on Plaintiff's motion for a preliminary injunction.

It is so **ORDERED**.

**ENTERED** this the 3rd day of May, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge