IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STOKES NIELSON, also known as GEOFFREY STOKES NIELSON, | ) ) ) |
| Plaintiff, | ) ) CASE NO. 3:12-0419 |
| v. | ) JUDGE HAYNES ) ) |
| LAUREN LEITHER, individually, and CHYNNE RAE CARRION, individually, together professionally known as LIGHTER RAY, | ) ) ) ) ) ) |
| Defendants. | ) |

## O R D E R

For the reasons stated in open court, Plaintiff's application for a temporary restraining order (Docket Entry No. 4) is **DENIED**. This action is to be returned to the Honorable Aleta Trauger, District Judge to whom this action is assigned for hearing on Plaintiff's motion for a preliminary injunction.

It is so **ORDERED**.

**ENTERED** this the 3rd day of May, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge