IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STOKES NIELSON, a/k/a Geoffrey Stokes Nielson, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAUREN LEITER, professionally known as )<br>Lighter Ray, and CHYNNA RAE CARRION, )<br>professionally known as Lighter Ray, )<br>)<br>Defendants. ) | Civil No. 3:12-0419<br>Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that this case is set for a preliminary injunction hearing on Wednesday, June 20, 2012, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 9th day of May 2012.

_____
ALETA A. TRAUGER
U.S. District Judge