UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

**Motion GRANTED.**

| | |
|---|---|
| **STOKES NIELSON, also known as** ) <br> **GEOFFREY STOKES NIELSON** ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **LAUREN LEITER, individually, and** ) <br> **CHYNNA RAE CARRION, individually,** ) <br> together professionally known as ) <br> **LIGHTER RAY,** ) <br> ) <br> Defendants, ) | Civil Action No. 3:12-CV-00419 <br><br> JUDGE TRAUGER <br> Magistrate Judge Bryant |

**MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes Defendants, Lauren Leiter and Chynna Rae Carrion, individually, together professionally known as Lighter Ray (collectively "Lighter Ray" or "Defendants"), who respectfully request an extension of time within which to file responsive pleadings to the Complaint filed by Plaintiff, Stokes Nielson, also known as Geoffrey Stokes Nielson ("Nielson" or "Plaintiff"), and an extension of time within which to file a response to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction for the reasons set forth hereafter:

1.

On April 27, 2012, the Plaintiff served Defendants with the Complaint.

2.

The current deadline for the filing of responsive pleadings is May 18, 2012.