IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STOKES NIELSON, a/k/a Geoffrey Stokes Nielson, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:12-0419 ) Judge Trauger |
| LAUREN LEITER, professionally known as Lighter Ray, and CHYNNA RAE CARRION, professionally known as Lighter Ray, | ) ) ) ) |
| Defendants. | ) |

**O R D E R**

The plaintiff has filed an Emergency Motion to Seal Information Filed by Defendants (Docket No. 24), to which the defendants have filed a Response (Docket No. 27). The motion is **DENIED**. When one files a lawsuit, one risks that the opposing parties will make allegations that are uncomfortable and which may or may not be true. The litigation will reveal whether or not allegations made by the defendants are true, and those decisions will be of record.

It is further **ORDERED** that the Clerk shall appropriately redact the social security numbers that appear on page 6 of Docket No. 21-4.

It is so **ORDERED**.

ENTER this 4th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge