# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| STOKES NIELSON, also known as<br>GEOFFREY STOKES NIELSON | ) | |
| | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12-CV-00419 |
| | ) | |
| LAUREN LEITER, individually, and | ) | JUDGE TRAUGER |
| CHYNNA RAE CARRION (now known as | ) | Magistrate Judge Bryant |
| CHYNNA RAE TAYLOR), individually, | ) | |
| together professionally known as LIGHTER | ) | JURY TRIAL |
| RAY, | ) | |
| | | |
| Defendants/Counter-Plaintiffs. | | |

---

## [PROPOSED] ORDER TO CONTINUE HEARING
## ON PRELIMINARY INJUNCTION

---

The foregoing Motion to Continue Hearing on Preliminary Injunction having been considered,

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction presently set for June 20, 2012 at 1:00 P.M. is (a) continued to a mutually convenient date in the future, should such hearing become necessary. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXX.

Nashville, Tennessee this ___15th___ day of June 2012

_____
ALETA A. TRAUGER
United States District Judge

1