UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STOKES NIELSON, also known as GEOFFREY STOKES NIELSON, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | |
| v. | ) ) | Civil Action No. 3:12-CV-00419 |
| LAUREN LEITER, individually, and CHYNNA RAE CARRION (now known as CHYNNA RAE TAYLOR), individually, together professionally known as LIGHTER RAY, | ) ) ) ) ) ) | JUDGE TRAUGER Magistrate Judge Bryant JURY TRIAL |
| Defendants/Counter-Plaintiffs. | | |

## [PROPOSED] ORDER TO CONTINUE HEARING ON PRELIMINARY INJUNCTION

The foregoing Motion to Continue Hearing on Preliminary Injunction having been considered,

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction presently set for June 20, 2012 at 1:00 P.M. is (a) continued to a mutually convenient date in the future, should such hearing become necessary. ~~Or (b) withdrawn and may be refiled should it become necessary.~~

Nashville, Tennessee this __15th__ day of June 2012

_____
ALETA A. TRAUGER
United States District Judge

1