# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| STOKES NIELSON, also known as ) <br> GEOFFREY STOKES NIELSON ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> LAUREN LEITER, individually, and ) <br> CHYNNA RAE CARRION, ) <br> individually, together professionally ) <br> known as LIGHTER RAY, ) <br> ) <br>     Defendants, ) | Civil Action No. 3:12-CV-00419 <br><br> JUDGE TRAUGER <br> Magistrate Judge Bryant |

## [PROPOSED] AGREED ORDER TO EXTEND TIME
## TO FILE RESPONSIVE PLEADINGS

The foregoing Motion for Extension of Time to File Responsive Pleadings having been considered:

IT IS HEREBY ORDERED that Defendants/Counterclaimants, Lauren Leiter and Chynna Rae Taylor (formerly Chynna Rae Carrion) (together professionally known as "Lighter Ray"), are each granted an extension of time until December 11, 2012, within which to file responsive pleadings to the First Amended Complaint for Injunction and Damages.

Nashville, Tennessee this __7th__ day of December, 2012.

_____
ALETA A. TRAUGER
United States District Judge

**APPROVED FOR ENTRY:**

The filing party in this action affirms that all signatories have consented to the filing of this Proposed Agreed Order to Extend Time to File Responsive Pleadings.

/s/ Derek C. Crownover
TN Bar #: 016650
Crownover Blevins, PC
1701 18th Avenue South
Nashville, TN 37212
derek.crownover@dcablaw.com
Austen Adams
TN Bar #: 025233
austen.adams@dcablaw.com
*Attorneys for Defendants/Counterclaimants Chynna Rae Taylor, and Lauren Leiter*

Ramona P. DeSalvo
Ramona P. DeSalvo (BPR #018491)
DESALVO LAW FIRM PLLC
1400 5th Ave. N
Nashville, TN 37208
Telephone: (615) 800-8919
rdesalvo@ramonadesalvo.com
*Attorney for Plaintiff Stokes Nielson*