IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STOKES NIELSON, ) | |
| ) | |
|     Plaintiff/Counter- Defendant ) | |
| ) | |
| v. ) | Civil No. 3:12-0419 |
| ) | Judge Trauger |
| LAUREN LEITER, ET AL., ) | |
| ) | |
|     Defendant/Counter- Plaintiffs ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The jury trial set for November 12, 2013 and the pretrial conference set for November 8, 2013 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 16th day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge