UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STOKES NIELSON, also known as ) <br> GEOFFREY STOKES NIELSON ) <br> ) <br>     Plaintiff/Counter-Defendant, ) <br> ) <br>     v. ) <br> ) <br> LAUREN LEITER, individually, and ) <br> CHYNNA RAE CARRION (now known as ) <br> CHYNNA RAE TAYLOR), individually, ) <br> together professionally known as LIGHTER ) <br> RAY, <br>     Defendants/Counter-Plaintiffs. | Civil Action No. 3:12-CV-00419 <br> JUDGE TRAUGER <br> Magistrate Judge Bryant <br><br> JURY DEMAND |

---

### [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO SEAL DOCUMENTS in PART

---

It appears to the Court, as evidenced by the electronic signatures of counsel to the Joint Motion to Seal Documents, the parties agree that, with the approval of the Court, certain documents previously filed should be placed under seal from the public record. ~~and further should be sealed from republication on third party websites including Justia.com, RecaptheLaw.org and FindaCase.com.~~

As a result of the foregoing and as and for consideration, at least in part, for the settlement of this matter, Plaintiff and Defendants requested this Court to seal the following documents:

Doc. 19:     Transcript of May 3, 2012 hearing on temporary restraining order pages 9:24–12:21; 13:24-14:3; 17:15-18; 18:22-19:7;

Doc. 20:     Defendants' Response in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction;

1

| | |
|---|---|
| Doc. 21: | Affidavit of Chynna Rae Taylor<br>Exhibits to Doc. 21: Doc. 21-3; Doc. 21-4; Doc. 21-9; Doc. 21-10; |
| Doc. 22: | Affidavit of Lauren Leiter<br>Exhibits to Doc. 22: Doc. 22-8; Doc. 22-9; |
| Doc. 23: | Affidavit of Nick Leiter<br>Exhibits to Doc. 23: Doc. 23-4; Doc. 23-5; Doc. 23-8 |
| Doc. 37: | Initial Case Management Order Proposed<br>Pages 3 – 6, Theories of the Case, starting with first full paragraph on page 3 through page 6 to the end of section B; and |
| Doc. 38: | Initial Case Management Order<br>Pages 3 – 6, Theories of the Case, starting with first full paragraph on page 3 through page 6 to the end of section B. |

Good cause exists for the above-referenced documents or portions of such documents be sealed and/or redacted from public view.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-referenced documents or portions of such documents shall be sealed from the public record, ~~and further that any republication on third party websites of the foregoing documents or portions of such documents, including by Justia.com, RecaptheLaw.com, and FindACase.com, likewise shall be ordered sealed and/or redacted from public view~~.

**IT IS SO ORDERED** this 4th day of June, 2013.

_____
ALETA A. TRAUGER
Judge, United States District Court

2

**APPROVED FOR ENTRY:**

The filing party in this action affirms that all signatories have consented to the filing of this [Proposed] Order Granting Motion to Seal Documents.

Dated: June 3, 2013                               Respectfully submitted,

                                                  DESALVO & LEVINE PLLC


                                                  /s/ Ramona P. DeSalvo_____
                                                  Ramona P. DeSalvo  (#018491)
                                                  1720 West End Ave., Suite 403
                                                  Nashville, TN 37203
                                                  Telephone: (615) 600-4741
                                                  rdesalvo@desalvolevine.com

                                                  Attorneys for Plaintiff Stokes Nielson



                                                  /s/  Derek Crownover_____
                                                  Derek Crownover, Esq.
                                                  Austen Adams, Esq.
                                                  Crownover Blevins, PC
                                                  54 Music Square East, Suite 250
                                                  Nashville, TN 37203
                                                  Telephone:  (615) 577-9600
                                                  derek.crownover@dcablaw.com
                                                  austen.adams@dcablaw.com

                                                  Attorneys for Defendants Lauren Leiter, Chynna
                                                  Rae Carrion (nka Taylor) and Lighter Ray