## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| STOKES NIELSON, also known as | ) | |
| GEOFFREY STOKES NIELSON | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12-CV-00419 |
| | ) | JUDGE TRAUGER |
| LAUREN LEITER, individually, and | ) | Magistrate Judge Bryant |
| CHYNNA RAE CARRION (now known as | ) | |
| CHYNNA RAE TAYLOR), individually, | ) | |
| together professionally known as LIGHTER | ) | JURY DEMAND |
| RAY, | | |
| | | |
| Defendants/Counter-Plaintiffs. | | |

## [PROPOSED] AGREED ORDER OF DISMISSAL

As evidenced by the signatures of counsel for the parties to this Order, all matters in dispute between them have been compromised and settled and on May 15, 2013 the parties executed a settlement agreement effective as of May 1, 2013. A condition of the settlement is that the parties file a joint motion seeking an order to seal documents which such motion was filed June 3, 2013. (Doc. 55)

Accordingly, IT IS ORDERED that the Complaint of Plaintiff Stokes Nielson a/k/a Geoffrey Stokes Nielson, the Counterclaim of Defendants Lauren Leiter and Chynna Rae Carrion n/k/a Chynna Ray Taylor, and all claims alleged by Plaintiff or Defendants against the other in this action shall be and hereby are dismissed with prejudice, subject to the Court's ruling on the parties' Joint Motion to Seal Documents (Doc. 55) and further, upon the right of any

settling party to reopen this action to enforce the terms of the settlement agreement. Each party shall bear his/her/their own attorneys' fees, costs and expenses without further order or action of the Court. The Court shall retain jurisdiction over the settlement agreement and the pending Joint Motion to Seal Documents (Doc. 55).

This Order shall constitute the final judgment in this action.

It is so ORDERED this 5th   day of June 2013.

_____
Aleta Trauger
United States District Judge

**APPROVED FOR ENTRY:**

The filing party in this action affirms that all signatories have consented to the filing of this Proposed Agreed Order of Dismissal.

Date:  June 4, 2013                          Respectfully submitted,

DESALVO & LEVINE PLLC

/s/ Ramona P. DeSalvo_____
Ramona P. DeSalvo (#018491)
1720 West End Ave., Suite 403
Nashville, TN 37203
Telephone: (615) 600-4741
rdesalvo@desalvolevine.com
*Attorneys for Plaintiff Stokes Nielson*

Derek Crownover, Esq.
Austen Adams, Esq.
Crownover Blevins, PC
54 Music Square East, Suite 250
Nashville, TN 37203
Telephone:  (615) 577-9600
*Counsel to Defendants Lauren Leiter and Chynna Rae Taylor (f/k/a) Chynna Rae Carrion*

2